# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKY CAIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | NO. CV-2014-01100-MHH |
| | ) | |
| UNIVERSAL EMPIRE SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION TO APPEAR *PRO HAC VICE*

COMES NOW Megan Mathews Noble of the law firm Drew Eckl & Farnham, LLP, 880 West Peachtree Street, P.O. Box 7600, Atlanta, Georgia 30357, who is admitted to practice and is a member of good standing of the United States District Court for the Northern District of Georgia, and respectfully requests permission to appear *pro hac vice* on behalf of Defendant Universal Environmental Services, LLC, improperly named in Plaintiff's Complaint as Universal Empire Services, LLC.

This 24th day of July, 2014.

Respectfully submitted,

s/Megan Mathews Noble, Esq.

DREW ECKL & FARNHAM, LLP  
Post Office Box 7600  
Atlanta, Georgia  30357-0600  
Telephone:  404/885-1400  
Facsimile:  404-876-0992  

Megan Mathews Noble  
Georgia Bar #477009  
MNoble@deflaw.com  
*Counsel for Defendant Universal Environmental Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed this **PETITION TO APPEAR** *PRO HAC VICE* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Jeffrey W. Bennitt, Esq.
Bennitt & Associates, LLC
Edenton Village
121 Edenton Street
Birmingham, AL 35242

Kyle T. Smith
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727

This 24th day of July, 2014.

        s/Megan Mathews Noble, Esq.
        Megan Mathews Noble, GA Bar #477009
        MNoble@deflaw.com
        *Counsel for Defendant Universal*
        *Environmental Services, LLC*

5294541/1
05680-088949